UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jayson Galeano

        v.                      Civil No. 10-cv-530-JL

United States of America

O R D E R

On April 20, 2011, the Court granted the United States' Motion to Stay the Briefing Schedule in this case until they had an opportunity to debrief Mr. Galeano's former counsel, James Dennehy. Attorney Dennehy recently passed away.

It is herewith ordered that the defendant, United States of America, file a notice with the court as to how they plan to proceed with this case on or before September 30, 2011.

SO ORDERED.

August 30, 2011

                                            Joseph N. Laplante
                                            United States District Judge

cc:    Jayson Galeano, pro se
       Donald Feith, Esq.