UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Jayson Galeano</u>

    v.                        Civil No. 10-cv-530-JL

<u>United States of America</u>

## **O R D E R**

Although there has been no demonstration as of yet that the appointment of counsel is warranted or justified in this case, the special circumstances involved, including the death of the petitioner's criminal defense counsel, make such an appointment appropriate. The court shall appoint counsel as soon as practicable, who shall have 30 days from his/her appointment to confer with the petitioner and file a response to the pending motion.

**SO ORDERED.**

_/s/ Joe Laplante_
Joseph N. Laplante
United States District Judge

Dated: November 21, 2011

cc:   Jayson Galeano, pro se
       Donald A. Feith, AUSA