UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jayson Galeano

   v.        Civil No. 10-cv-530-JL

USA


O R D E R

On November 22, 2011, Attorney Jaye Rancourt was appointed to represent petitioner Jayson Galeano.  The Court issued an order that counsel would have 30 days from appointment to confer with the petitioner and file a response to the pending Motion to Review Attorney File.  The Court understands that there has been some difficulty in communicating with the petitioner, however, it is herewith ordered that either a response or motion to extend shall be filed on or before March 1, 2012.

  SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

February 9, 2012

cc: Jaye Rancourt, Esq.
   Donald Feith, Esq.