UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Jayson Galeano

       v.                       Civil No. 10-cv-530-JL

USA

O R D E R

On November 22, 2011, Attorney Jaye Rancourt was appointed to represent Jayson Galeano on this 28 USC § 2255 Motion to Vacate. The Court understands that Attorney Rancourt has been working on obtaining Attorney Dennehy's file. On or before May 25, 2012, Attorney Rancourt shall file a status report on the progress she has been making.

    SO ORDERED.

                                                 _____
                                                 Joseph N. Laplante
                                                 United States District Judge

May 10, 2012

cc:  Jaye Rancourt, Esq.
     Donald Feith, Esq.