UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>Jayson Galeano</u>

      v.                    Civil No. 10-cv-530-JL

<u>USA</u>


<u>O R D E R</u>

On November 22, 2011, Attorney Jaye Rancourt was appointed to represent Jayson Galeano on this 28 USC § 2255 Motion to Vacate. The Court understands that Attorney Rancourt has been working on obtaining Attorney Dennehy's file. On or before May 25, 2012, Attorney Rancourt shall file a status report on the progress she has been making.

SO ORDERED.

                                              */s/ Joe Laplante*
                                              Joseph N. Laplante
                                              United States District Judge

May 10, 2012

cc: Jaye Rancourt, Esq.
     Donald Feith, Esq.